

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 11, 2022

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re:   *Joyner v. Tutudumonde, Inc.;* Case No. 1:22-cv-02423-PAE-OTW

Dear Judge Wang:

We represent plaintiff Sharon Joyner ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for May 18, 2022, at 11:30 a.m. The parties request this adjournment since Defendant's answer was due on April 27, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Tutudumonde, Inc.,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

Application **GRANTED**. The Initial Case Management conference set for Wednesday, May 18, 2022, is adjourned *sine die*. Plaintiff shall file a status letter by **Wednesday, June 15, 2022.**

**SO ORDERED.**

_____
Ona T. Wang         5/16/22
U.S.M.J.